IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ELIJAH SIMMONS,                     )         8:11CV347
                                    )
          Plaintiff,                )
                                    )         ORDER
     vs.                            )
                                    )
SELSER TWO, INC., a Nebraska        )
corporation, doing business as      )
Billy Frogg's Grill & Bar,          )
SHADI, INC., a Nebraska             )
corporation, doing business as      )
Billy Frogg's Grill & Bar,          )
JOHN M. FEDDIN, also known as       )
Mahmoud Feddin, doing business      )
as Billy Frogg's Grill & Bar,       )
                                    )
          Defendants.               )
_____)
```

This matter is before the Court after receipt of the report of parties' planning conference (Filing No. 18).

IT IS ORDERED that a scheduling conference with the undersigned will be held on:

**Tuesday, December 20, 2011, at 8:15 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, **OMAHA**, Nebraska, to establish a final progression order for this case. The parties may participate by telephone by notifying Judge Strom's office prior to said date.

DATED this 6th day of December, 2011.

BY THE COURT:

/S/ Lyle E. Strom
_____

                                        LYLE E. STROM, Senior Judge
                                        United States District Court