IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ELIJAH SIMMONS,                )
                               )
          Plaintiff,           )      8:11CV347
                               )
     v.                        )
                               )
SELSER TWO, INC., a Nebraska   )      ORDER
corporation, d/b/a Billy       )
Frogg's Grill & Bar, SHADI,    )
INC., a Nebraska corporation,  )
d/b/a/ Billy Frogg's Grill &   )
Bar, and JOHN M. FEDDIN,       )
a/k/a Mahmoud Feddin, d/b/a    )
Billy Frogg's Grill & Bar,     )
                               )
          Defendants.          )
_____)
```

    This matter is before the Court on the motion of defendant John M. Feddin for leave to file answer out of time (Filing No. 30).  The Court finds the motion should be granted.  Accordingly,

    IT IS ORDERED that the motion is granted; defendant John M. Feddin shall have until April 6, 2012, to answer or respond to plaintiff's complaint.

    DATED this 26th day of March, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court