IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ELIJAH SIMMONS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV347 |
| | ) | |
| v. | ) | |
| | ) | |
| SELSER TWO, INC., a Nebraska | ) | ORDER |
| corporation, d/b/a Billy | ) | |
| Frogg's Grill & Bar, SHADI, | ) | |
| INC., a Nebraska corporation, | ) | |
| d/b/a Billy Frogg's Grill & | ) | |
| Bar, and JOHN M. FEDDIN, | ) | |
| a/k/a Mahmoud Feddin, d/b/a | ) | |
| Billy Frogg's Grill & Bar, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on the joint stipulation for dismissal with prejudice as to defendant John M. Feddin, a/k/a Mahmoud Feddin (Filing No. 57). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that the stipulation is approved and adopted; this action is dismissed with prejudice as to defendant John M. Feddin, a/k/a Mahmoud Feddin only.

DATED this 27th day of July, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court