IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ELIJAH SIMMONS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV347 |
| | ) | |
| v. | ) | |
| | ) | |
| SELSER TWO, INC., a Nebraska corporation, d/b/a Billy Frogg's Grill & Bar, SHADI, INC., a Nebraska corporation, d/b/a/ Billy Frogg's Grill & Bar, and JOHN M. FEDDIN, a/k/a Mahmoud Feddin, d/b/a Billy Frogg's Grill & Bar, | ) ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on the motion of Francie C. Riedmann to withdraw as counsel for defendants (Filing No. 60). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; Francie C. Riedmann is deemed withdrawn as counsel for defendants and shall no longer receive notice of CM/ECF filings.

DATED this 13th day of August, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court