```
                IN THE UNITED STATES DISTRICT COURT FOR THE

                            DISTRICT OF NEBRASKA

ELIJAH SIMMONS,                   )
                                  )
               Plaintiff,         )         8:11CV347
                                  )
          v.                      )
                                  )
SELSER TWO, INC., a Nebraska      )         ORDER
corporation, d/b/a Billy          )
Frogg's Grill & Bar, SHADI,       )
INC., a Nebraska corporation,     )
d/b/a Billy Frogg's Grill &       )
Bar, and JOHN M. FEDDIN,          )
a/k/a Mahmoud Feddin, d/b/a       )
Billy Frogg's Grill & Bar,        )
                                  )
               Defendants.        )
_____)
```

This matter is before the Court on the stipulation to dismiss (Filing No. 69). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that the stipulation is approved and adopted; this action is dismissed with prejudice, each party to pay their own costs and attorney fees, complete record waived.

DATED this 6th day of November, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court